# In the United States Court of Federal Claims

No. 24-873

(Filed: August 1, 2024)

```
* * * * * * * * * * * * * * * * *
                                *
JEANNETTE SOTO SANTINI,         *
                                *
                                *
            Plaintiff,          *
                                *
    v.                          *
                                *
THE UNITED STATES,              *
                                *
            Defendant.          *
                                *
* * * * * * * * * * * * * * * * *
```

## ORDER

On June 3, 2024, Plaintiff filed her complaint alleging that she lost her home due to bribery and extortion of Federal Judges. *See generally* ECF No. 1. Because Plaintiff did not remit payment for the filing fee when she filed her complaint, *see* ECF No. 4, the Court directed Plaintiff to either pay the $402.00 filing fee or submit an application to proceed *in forma pauperis* by July 11, 2024, *see* ECF No. 5.

Because the Court has not received from Plaintiff either the required $402.00 filing fee or an application to proceed *in forma pauperis*, Plaintiff has failed to prosecute her case; therefore, as per the Court's June 11th order, the above captioned action is **DISMISSED** without prejudice. The Clerk shall enter judgment accordingly.

**IT IS SO ORDERED.**

s/ Zachary N. Somers
ZACHARY N. SOMERS
Judge